IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN LEE DOANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11cv802-WHA |
| | ) |
| STEVE TATE, | ) (WO) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendant, Steve Tate, and against the Plaintiff, Benjamin Lee Doane, and this case is DISMISSED without prejudice.

DONE this 16th day of April, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE